IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN M. WYATT,                    ) | |
|         ) | |
|     Petitioner/Defendant,   ) | |
|         ) | CIVIL NO. 06-cv-322-DRH |
| vs.   ) | |
|         ) | CRIMINAL NO. 02-cr-30060 |
| UNITED STATES of AMERICA ,    ) | |
|         ) | |
|     Respondent/Plaintiff.   ) | |

**MEMORANDUM AND ORDER**

**HERNDON, District Judge:**

      This matter is before the Court on Petitioner's motion for relief pursuant to 28 U.S.C. § 2255. On May 24, 2004, Petitioner entered a plea of guilty, pursuant to a conditional plea agreement, to possession with intent to distribute over 100 kilograms of marijuana, in violation of 21 U.S.C. § 841(a)(1). On August 30, 2004, Petitioner was sentenced to 262 months imprisonment, eight years supervised release, a fine of $500.00, and a special assessment of $100.00. The conditional plea agreement entered by Petitioner specifically reserved the right to appeal the Court's denial of Petitioner's motion to suppress; it did not include a provision waiving Petitioner's rights to appeal or file a collateral attack on the sentence pursuant to 28 U.S.C. § 2255. On August 30, 2004, Plaintiff filed his notice of appeal. The Court of Appeals for the Seventh Circuit affirmed Petitioner's conviction and sentence on May 16, 2005. *See United States v. Wyatt*, 133 Fed. Appx. 310 (7th Cir. 2005). On April 26, 2006, Petitioner filed the instant motion under § 2255.

      In his motion the Petitioner raises 28 grounds for relief, and seeks to add a 29th ground in a motion to amend the petition filed May 19, 2006 (Doc. 2). That motion is **GRANTED**. Although

the filings list 29 separate grounds for relief, all of the grounds are claims of ineffective assistance of counsel.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

**DATED:** October 11, 2006.

/s/   David   RHerndon
**DISTRICT JUDGE**