# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN M. WYATT,

      Petitioner,

      vs-                        No.  06-CV-322 DRH
                                        Criminal No. 02-30060-DRH

UNITED STATES OF AMERICA,

      Respondent.

## JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.**  This action came before the Court for a ruling on the petitioner's motion to vacate, set aside, or correct the sentence pursuant to **28 U.S.C. §2255.**

      **IT IS ORDERED AND ADJUDGED** that the motion is **DENIED** and this case is **DISMISSED with prejudice**.

                                    **NORBERT G. JAWORSKI, CLERK**

 February 8, 2008                 BY:  _s/Patricia Brown_____
                                    Deputy Clerk

APPROVED: /s/     *David R Herndon*_____
           **CHIEF JUDGE**
           **U.S. DISTRICT COURT**