IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOHN M. WYATT**,

**Petitioner,**

**v.**

**UNITED STATES OF AMERICA,**

**Respondent.**                                                No. 06-0322-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On February 7, 2008, the Court denied and dismissed with prejudice Wyatt's 28 U.S.C. § 2255 petition (Doc. 24). The next day, the Clerk of the Court entered judgment reflecting the same (Doc. 25). On February 25, 2008, Wyatt filed his Notice of Appeal with the Seventh Circuit Court of Appeals as to the Court's Order and Judgment denying and dismissing with prejudice Wyatt's § 2255 petition (Doc. 26). He also filed a request for certificate of appealability (Doc. 27). The Court denied Wyatt's motion for certificate of appealability on February 27, 2008 (Doc. 29) and granted Wyatt leave to proceed in forma pauperis on appeal on March 12, 2008 (Doc. 36). Subsequently, Wyatt filed a motion to vacate judgment and grant motion for summary judgment in motion to vacate conviction (28 U.S.C. 2255) based on new law (Doc. 40); which this Court denied for lack of jurisdiction (Doc. 41). Thereafter, Wyatt filed a motion for

reconsideration (which is still pending) (Doc. 41) and a writ of mandamus with the Seventh Circuit Court of Appeals regarding the Court's denial of the motion to vacate for lack of jurisdiction (Doc. 43) which the Seventh Circuit found unnecessary and dismissed the writ of mandamus (Doc. 44).

Just yesterday, Wyatt filed three more pleadings in this case despite the fact that this case is on appeal and it appears that these motions are directly related to the merits of the Order and Judgment that he currently is appealing.[1] Thus, the Court **ORDERS** Wyatt to Show Cause in writing on or before June 20, 2008 why the Court should not dismiss Wyatt's *pending* motions for lack of jurisdiction. Further, the Court **ORDERS** the United States to file a response to Wyatt's Show Cause response within fourteen days from the date it is filed.

**IT IS SO ORDERED.**

Signed this 29th day of May, 2008.

/s/ David R Herndon
**Chief Judge
United States District Court**

---

[1] On May 28, 2008, Wyatt filed these motions: (1) motion for modification of sentence (Doc. 47); (2) motion for release from custody (Doc. 48); and (3) motion for conditional certificate of appealability (Doc. 49).